CO-386-online
10/03

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA f/u/b/o STRUCTURAL GROUP, INC., )
formerly known as Structural Preservation Systems, Inc. and )
STRUCTURAL GROUP, INC., formerly known as Structural )
Preservations Systems, Inc. )
)
                                  Plaintiff )   Civil Action No._____
        vs )
)
GRUNLEY CONSTRUCTION CO., INC. and )
CONTINENTAL CASUALTY COMPANY, )
)
                                Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _Plaintiff and Use-Plaintiff Structural Group, Inc._ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Structural Group, Inc., formerly known as Structural Preservation Systems, Inc._ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

Lawrence M. Prosen
Print Name

457703
BAR IDENTIFICATION NO.

Bell, Boyd & Lloyd LLP, 1615 L Street, N.W., Suite 1200
Address

Washington, D.C. 20036
City        State        Zip Code

202-955-6830
Phone Number

104090