AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES OF AMERICA f/u/b/o STRUCTURAL GROUP, INC.,
formerly known as Structural Preservation Systems, Inc. and
STRUCTURAL GROUP, INC., formerly known as Structural Preservation
Systems, Inc.
6955 San Tomas Road, Elkridge, MD 21075

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

GRUNLEY CONSTRUCTION CO., INC.,

and

CONTINTENTAL CASUALTY COMPANY,

Case: 1:07-cv-00923
Assigned To : Roberts, Richard W.
Assign. Date : 5/17/2007
Description: CONTRACT

Def

TO: (Name and address of Defendant)

GRUNLEY CONSTRUCTION CO., INC.
Suite 500, 15020 Shady Grove Road, Rockville, MD 20850

SERVE RESIDENT AGENT:
Prentiss Hall Corporation System
1090 Vermont Avenue, N.W., Wash. D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence M. Prosen, Esquire
BELL, BOYD & LLOYD LLP
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036
202-955-6830

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         MAY 17 2007

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May ~~Next~~ 25, 2007 at 11:00 am | |
| NAME OF SERVER *(PRINT)* Kirk A. Hornbeck | TITLE private process server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on Renee Rice, Authorized Representative of Prentice Hall Corporation System, Inc., Registered Agent for Grunley Construction Co., Inc., at 1090 Vermont Ave NW #430, Washington, DC 20005

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/25/07
                  Date          Signature of Server

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.