AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES OF AMERICA f/u/b/o STRUCTURAL GROUP, INC.,
formerly known as Structural Preservation Systems, Inc. and
STRUCTURAL GROUP, INC., formerly known as Structural
Preservations Systems, Inc.
6955 San Tomas Road, Elkridge, MD 21075

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

GRUNLEY CONSTRUCTION CO., INC.,

and

CONTINTENTAL CASUALTY COMPANY,

Case: 1:07-cv-00923
Assigned To : Roberts, Richard W.
Assign. Date : 5/17/2007
Description: CONTRACT

Defe_____

TO: (Name and address of Defendant)

CONTINENTAL CASUALTY COMPANY
CNA Plaza, Chicago, IL 60685

SERVE RESIDENT AGENT:
Corporation Service Company
1090 Vermont Avenue, N.W., Suite 450, Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence M. Prosen, Esquire
BELL, BOYD & LLOYD LLP
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036
202-955-6830

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                MAY 17 2007
CLERK                                                          DATE

*[signature]*
(By) DEPUTY CLERK
104094

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | May 25, 2007 at 11:00 am |
| NAME OF SERVER *(PRINT)* Kirk A. Hornbeck | TITLE | private process server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

XXXG  Other (specify): personal service on Renee Rice, Authorized Representative of Corporation Service Company, Registered Agent for Continental Casualty Company, at 1090 Vermont Ave NW #430, Washington, DC 20005

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $35.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/25/07
                 Date                    *Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.