**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES FOR THE USE AND BENEFIT OF STRUCTURAL GROUP, INC. ET AL.,** ) ) ) | |
| **v.** ) ) | |
| **GRUNLEY CONSTRUCTION COMPANY,** *et al.* ) ) | No. 1:07-cv-00923 (RWR) |

**NOTICE OF APPEARANCE**

    TO THE COURT AND ALL PARTIES, please note the appearance of Herman M. Braude as lead counsel of record for all Defendants in the above-captioned case

        Respectfully submitted,

        /s/ Herman M. Braude

        _____
        Herman M. Braude, D.C. Bar No. 051326
        hbraude@braudemargulies.com
        BRAUDE & MARGULIES, P.C.
        1200 Potomac Street, N.W.
        202-471-5400 (phone)
        202-471-5404 (fax)

        Counsel for Defendants Grunley Construction Co.,
          Inc. and Continental Casualty Company

2

**CERTIFICATE OF SERVICE**

      I certify that on June 13, 2007, a copy of the foregoing was sent electronically to the following:

Lawrence M. Prosen, Esq.
Bell, Boyd, & Lloyd, LLP
1615 L Street, N.W., Ste. 1200
Washington, D.C. 20036

                                                        /s/ Herman M. Braude
                                                        _____