IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF STRUCTURAL GROUP, INC. ET AL., | ) ) ) | |
| v. | ) ) ) | |
| GRUNLEY CONSTRUCTION COMPANY, *et al.* | ) ) | No. 1:07-cv-00923 (RWR) |

## NOTICE OF APPEARANCE

TO THE COURT AND ALL PARTIES, please note the appearance of Michael A. Lewis of the firm of Braude & Margulies, P.C., as additional counsel of record for all Defendants in the above-captioned case. Herman Braude is lead counsel of record.

                                          Respectfully submitted,

                                          /s/ Michael A. Lewis

                                          _____
                                          Michael A. Lewis, D.C. Bar No. 479906
                                          BRAUDE & MARGULIES, P.C.
                                          1200 Potomac Street, N.W.
                                          202-471-5400 (phone)
                                          202-471-5404 (fax)

                                          Counsel for Defendants Grunley Construction Co.,
                                            Inc. and Continental Casualty Company

2

**CERTIFICATE OF SERVICE**

      I certify that on June 13, 2007, a copy of the foregoing was sent electronically to the following:

Lawrence M. Prosen, Esq.
Bell, Boyd, & Lloyd, LLP
1615 L Street, N.W., Ste. 1200
Washington, D.C. 20036

                                                                               /s/Michael A. Lewis
                                                                               _____