IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES FOR THE USE AND BENEFIT )
OF STRUCTURAL GROUP, INC. ET AL.,     )
                                       )
        v.                             )
                                       )
GRUNLEY CONSTRUCTION COMPANY, *et al.* )    No. 1:07-cv-00923 (RWR)
                                       )

### DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND

NOW COME Defendants Grunley Construction Co., Inc., and Continental Casualty Company (collectively "Defendants"), through undersigned counsel, to respectfully request that this Court grant Defendants an enlargement of time of two weeks in which to file an answer or other responsive pleading. If this motion is granted, Defendants' answer will be filed by June 28, 2007.

Dated:  June 14, 2007                Respectfully submitted,

                                     /s/ Michael A. Lewis
                                     _____
                                     Michael A. Lewis, D.C. Bar No. 479906
                                     BRAUDE & MARGULIES, P.C.
                                     1200 Potomac Street, N.W.
                                     202-471-5400 (phone)
                                     202-471-5404 (fax)

                                     Counsel for Defendants Grunley Construction Co.,
                                        Inc. and Continental Casualty Company

1

2

## CERTIFICATE OF SERVICE

      I certify that on June 14, 2007, a copy of the foregoing was sent electronically to the following:

Lawrence M. Prosen, Esq.
Bell, Boyd, & Lloyd, LLP
1615 L Street, N.W., Ste. 1200
Washington, D.C. 20036

                                                         /s/Michael A. Lewis
                                                        _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF STRUCTURAL GROUP, INC. ET AL., | ) ) ) | |
| v. | ) ) | |
| GRUNLEY CONSTRUCTION COMPANY, *et al.* | ) ) ) | No. 1:07-cv-00923 (RWR) |

### MEMORANDUM IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND

NOW COME Defendants Grunley Construction Co., Inc., and Continental Casualty Company (collectively "Defendants"), through undersigned counsel, to respectfully request that this Court grant Defendants an enlargement of time of two weeks in which to file an answer or other responsive pleading.

Defendants' response to the Complaint is due on or about June 14, 2007. This is the first request that Defendants have made for additional time to respond. If this motion is granted, Defendants' answer will be filed by June 28, 2007.

Undersigned counsel has conferred with Plaintiff's counsel concerning this request. Plaintiff consents to this request.

Dated: June 14, 2007

Respectfully submitted,

/s/ Michael A. Lewis
_____
Michael A. Lewis, D.C. Bar No. 479906
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
202-471-5400 (phone)
202-471-5404 (fax)

Counsel for Defendants Grunley Construction Co., Inc. and Continental Casualty Company

1

2

## CERTIFICATE OF SERVICE

      I certify that on June 14, 2007, a copy of the foregoing was sent electronically to the following:

Lawrence M. Prosen, Esq.
Bell, Boyd, & Lloyd, LLP
1615 L Street, N.W., Ste. 1200
Washington, D.C. 20036

                                            /s/Michael A. Lewis
                                            _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF STRUCTURAL GROUP, INC. ET AL.,<br><br>v.<br><br>GRUNLEY CONSTRUCTION COMPANY, *et al.* | )<br>)<br>)<br>)<br>)<br>)     No. 1:07-cv-00923 (RWR)<br>) |

**ORDER GRANTING DEFENDANTS' CONSENT MOTION
FOR AN ENLARGEMENT OF TIME TO RESPOND**

HAVING CONSIDERED Defendants' consent motion for an enlargement of time to respond to the Complaint, it is hereby ORDERED:

Defendants' motion is GRANTED. Defendants shall respond to the Complaint by June 28, 2007.

Signed:

_____
Judge


Copies furnished electronically to:

Herman Braude, Esq.
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
Counsel for Defendants

Lawrence M. Prosen, Esq.
BELL, BOYD, & LLOYD, LLP
1615 L Street, N.W., Ste. 1200
Washington, D.C. 20036
Counsel for Plaintiffs