IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES f/u/b/o )<br>STRUCTURAL GROUP, INC. , et al. )<br> )<br>      **Plaintiffs,** )<br> )<br>v. )<br> )<br>GRUNLEY CONSTRUCTION CO. )<br> et al., )<br> )<br>      **Defendants.** ) | Case No. 1:07-cv-0923<br>Judge Roberts |

## NOTICE OF FILING OF REVISED PROPOSED ORDER
## PURSUANT TO REQUEST OF CHAMBERS

**TO THE CLERK OF THE COURT:**

Plaintiff/Use-Plaintiff Structural Group, Inc. ("Structural"), with the consent of counsel to Defendants Grunley Construction Company, Inc. ("Grunley") and Continental Casualty Company ("Continental"), and pursuant to the July 2 and 5, 2007 email requests received from the Chambers of the Honorable Judge Richard W. Roberts, do hereby file the revised Proposed Order attached hereto as Exhibit A. This Order was originally filed on July 5, 2007 (Dkt. No. 10), however, pursuant to a voicemail message received from the Clerk of the Court and the Notice of Corrected Docket Entry both of this date, the revised Proposed Order is being refiled appended to this Notice.

Dated: July 6, 2007                                                      Respectfully submitted,


\_\_\_/s/ Michael A. Lewis_____                    \_\_\_\_/s/ Lawrence M. Prosen_____
Herman M. Braude                                                   Lawrence M. Prosen
D.C. Bar No. 051326                                                D.C. Bar No. 457703
Michael A. Lewis                                                   Andrew N. Cook
D.C. Bar No. 479906                                                D.C. Bar No. 416199
BRAUDE & MARGULIES, P.C.                                           BELL, BOYD & LLOYD LLP
1200  Potomac Street, N.W.                                         1615 L Street, N.W., Suite 1200
Washington, D.C. 20007                                             Washington, D.C. 20036
(202) 471-5400                                                     (202) 955-6830
(202) 471-5404                                                     (202) 835-4127 (fax)
Attorneys for Defendants                                           Attorneys for Plaintiff/Use-Plaintiff

**CERTIFICATE OF SERVICE**

      THE UNDERSIGNED HEREBY CERTIFIES that a copy of the foregoing will be served upon Defendants' counsel below, via the Court's ECF System upon its being filed, this 6th day of July, 2007.

                Herman M. Braude
                Michael A. Lewis
                BRAUDE & MARGULIES, P.C.
                1200 Potomac Street, N.W.
                Washington, D.C. 20007

                    /s/ Lawrence M. Prosen
                Lawrence M. Prosen

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES f/u/b/o** | ) | |
| **STRUCTURAL GROUP, INC. , et al.** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | **No. 1:07 CV 0923** |
| | ) | **Judge Roberts** |
| **v.** | ) | |
| | ) | |
| **GRUNLEY CONSTRUCTION CO.** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONSENT ORDER TO STAY PROCEEDINGS**

For the reasons set forth in the parties' joint stipulation to stay proceedings in this case pending exhaustion of administrative remedies and arbitration, it is hereby ORDERED THAT:

1) This case is stayed until Grunley Construction Co., Inc. ("Grunley") and Structural Group, Inc. ("Structural") exhaust the remedies prescribed by Article 17 of the Subcontract Agreement, including (1) resolution of disputes arising out of the Owner acts, omissions or responsibilities under the procedures of the prime contract; and (2) resolution of the remaining disputes between Grunley and Structural by arbitration;

2) Within 21 days following the later of the rendering of an award or other decision by the arbitrator(s) resolving the disputes between Grunley and Structural or exhaustion of administrative remedies in accordance with the terms of the subcontract, the parties shall confer and file a joint status report with the Court advising whether any further proceedings in this case are necessary.

**EXHIBIT A**

3) This case shall be stayed and administratively closed. If this case is reopened, Plaintiff's Miller Act rights shall relate back to the date this action was originally filed. For the record, the Court recognizes that any inactivity in this case as a result of the agreed upon stay shall not prejudice Plaintiff's rights to proceed under the Miller Act (40 U.S.C. §3131) and that any applicable statute of limitations has neither expired nor will preclude Plaintiff from pursuing this action if and when the stay is lifted.

**SO ORDERED THIS \_\_\_\_\_ DAY OF _____, 2007.**

_____
Judge Richard W. Roberts

Copies to be furnished electronically to:

| | |
|---|---|
| Herman M. Braude | Lawrence M. Prosen |
| Michael A. Lewis | Andrew N. Cook |
| Susan Van Bell | BELL, BOYD & LLOYD LLP |
| | 1615 L Street, N.W. |
| BRAUDE & MARGULIES, P.C. | Washington, D.C. 20036 |
| 1200 Potomac Street, N.W. | (202) 955-6830 |
| Washington, D.C. 20007 | (202) 835-4127 (fax) |
| (202) 471-5400 | Attorneys for Plaintiff/Use-Plaintiff |
| (202) 471-5404 (fax) | |
| Attorneys for Defendants | |