IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES f/u/b/o ) <br> STRUCTURAL GROUP, INC., et al. ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GRUNLEY CONSTRUCTION CO. ) <br> et al., ) <br> ) <br> Defendants. ) | No. 1:07 CV 0923 <br> Judge Roberts |

FILED
JUL 9 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONSENT ORDER TO STAY PROCEEDINGS

For the reasons set forth in the parties' joint stipulation to stay proceedings in this case pending exhaustion of administrative remedies and arbitration, it is hereby ORDERED THAT:

1)   This case is stayed until Grunley Construction Co., Inc. ("Grunley") and Structural Group, Inc. ("Structural") exhaust the remedies prescribed by Article 17 of the Subcontract Agreement, including (1) resolution of disputes arising out of the Owner acts, omissions or responsibilities under the procedures of the prime contract; and (2) resolution of the remaining disputes between Grunley and Structural by arbitration;

2)   Within 21 days following the later of the rendering of an award or other decision by the arbitrator(s) resolving the disputes between Grunley and Structural or exhaustion of administrative remedies in accordance with the terms of the subcontract, the parties shall confer and file a joint status report with the Court advising whether any further proceedings in this case are necessary.

**EXHIBIT A**

3) This case shall be stayed and administratively closed. If this case is reopened, Plaintiff's Miller Act rights shall relate back to the date this action was originally filed. For the record, the Court recognizes that any inactivity in this case as a result of the agreed upon stay shall not prejudice Plaintiff's rights to proceed under the Miller Act (40 U.S.C. §3131) and that any applicable statute of limitations has neither expired nor will preclude Plaintiff from pursuing this action if and when the stay is lifted.

SO ORDERED THIS __6th__ DAY OF __July__, 2007.

_____
Judge Richard W. Roberts

Copies to be furnished electronically to:

Herman M. Braude
Michael A. Lewis
Susan Van Bell

BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007
(202) 471-5400
(202) 471-5404 (fax)
Attorneys for Defendants

Lawrence M. Prosen
Andrew N. Cook
BELL, BOYD & LLOYD LLP
1615 L Street, N.W.
Washington, D.C. 20036
(202) 955-6830
(202) 835-4127 (fax)
Attorneys for Plaintiff/Use-Plaintiff