IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES f/u/b/o** )<br>**STRUCTURAL GROUP, INC. ,** *et al.*, )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**GRUNLEY CONSTRUCTION CO.,** *et al.*, )<br>)<br>**Defendants.** )<br>) | No. 1:07 CV 0923<br>Judge Roberts |

## JOINT STATUS REPORT

Plaintiff/Use-Plaintiff Structural Group, Inc. ("Structural") and Defendants Grunley Construction Company, Inc. ("Grunley"), and Continental Casualty Company ("Continental"), in response to the Court's December 11, 2007 Minute Order for the parties to confer and file on or before December 21, 2007 a joint status report regarding this case, do hereby so file and state as follows:

This case was stayed and statistically closed by the Court on July 6, 2007 as a result of (1) the parties needing to exhaust certain administrative remedies associated with the prime contract between defendant Grunley Construction Company, Inc. and the United States Government's Architect of the Capitol; and (2) the underlying subcontract containing an arbitration provision.

The parties have had on-going settlement discussions associated with this litigation and are in the process of discussing monetary figures associated with resolving this case.

1

Should this matter not be resolved by February 1, 2008, then Plaintiff, Structural Group, Inc., will initiate arbitration pursuant to the arbitration clause's terms and requirements.

Dated: December 21, 2007                                         Respectfully submitted,


By:_/S/ Michael A. Lewis_____          By:___/S/ Lawrence M. Prosen__
Herman M. Braude                                    Lawrence M. Prosen
D.C. Bar No. 051326                                  D.C. Bar No. 457703
Michael A. Lewis                                         Andrew N. Cook
D.C. Bar No. 479906                                  D.C. Bar No. 416199
BRAUDE & MARGULIES, P.C.              BELL, BOYD & LLOYD LLP
1200 Potomac Street, N.W.                     1615 L Street, N.W., Suite 1200
Washington, D.C. 20007                         Washington, D.C. 20036
(202) 471-5400                                            (202) 955-6830
(202) 471-5404                                            (202) 835-4127 (fax)
Attorneys for Defendants                         Attorneys for Plaintiff/Use-Plaintiff

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that a copy of the foregoing Stipulation and proposed Order will be served upon Plaintiff's counsel below, via the Court's ECF System upon its being filed, this 21st day of December, 2007.

>  Herman M. Braude
>  Michael A. Lewis
>  BRAUDE & MARGULIES, P.C.
>  1200 Potomac Street, N.W.
>  Washington, D.C. 20007


>  ____/S/ Lawrence M. Prosen____
>  Lawrence M. Prosen