IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES f/u/b/o** ) | |
| **STRUCTURAL GROUP, INC.**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **No. 1:07 CV 0923** |
| ) | **Judge Roberts** |
| **GRUNLEY CONSTRUCTION CO.**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## JOINT STATUS REPORT

Plaintiff/Use-Plaintiff Structural Group, Inc. ("Structural") and Defendants Grunley Construction Company, Inc. ("Grunley"), and Continental Casualty Company ("Continental"), in response to the Court's January 3, 2008 Minute Order for the parties to file a joint status report regarding this case on or before February 5, 2008, do hereby so file and state as follows:

1.      This case has been stayed and statistically closed by the Court since July 6, 2007 as a result of (1) the parties needing to exhaust certain administrative remedies associated with the prime contract between defendant Grunley Construction Company, Inc. and the United States Government's Architect of the Capitol; and (2) the underlying subcontract containing an arbitration provision.

2.      The parties are well into active and on-going settlement discussions associated with this litigation, and have resolved (or are in the process of resolving) certain aspects of the claims associated with this case which are directly between Plaintiff Structural and Defendant Grunley.

3. As this is a federal government contract, certain aspects of this case involve pass-through claims that are required to be submitted to the Owner/Agency, the Architect of the Capitol ("AOC"). To successfully prosecute those pass-through claims, the parties must first prepare and submit the claims for consideration. That process is ongoing and the parties anticipate submitting those claims to the AOC by April 2008. The parties must then exhaust their administrative remedies prior to further prosecuting these pass-through claims. This exhaustion will likely take some time as it is dependent upon the AOC's action.

4. Towards that end, the Parties request that this matter continue to be stayed and statistically closed for the present time and that the Court extend the time periods between requesting Joint Status Reports to a period of not less than ninety (90) days between such reports.

5. Should the parties not be able to resolve their direct claims within the next two months, then Plaintiff, Structural Group, Inc., will on or about April 1, 2008 initiate arbitration pursuant to the terms of the arbitration clause contained in the underlying subcontract agreement.

| | |
|---|---|
| Dated: February 4, 2008 | Respectfully submitted, |
| By: /S/ Michael A. Lewis | By: /S/ Lawrence M. Prosen |
| Herman M. Braude | Lawrence M. Prosen |
| D.C. Bar No. 051326 | D.C. Bar No. 457703 |
| Michael A. Lewis | Andrew N. Cook |
| D.C. Bar No. 479906 | D.C. Bar No. 416199 |
| BRAUDE & MARGULIES, P.C. | BELL, BOYD & LLOYD LLP |
| 1200 Potomac Street, N.W. | 1615 L Street, N.W., Suite 1200 |
| Washington, D.C. 20007 | Washington, D.C. 20036 |
| (202) 471-5400 | (202) 955-6830 |
| (202) 471-5404 | (202) 835-4127 (fax) |
| Attorneys for Defendants | Attorneys for Plaintiff/Use-Plaintiff |

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that a copy of the foregoing Stipulation and proposed Order will be served upon Plaintiff's counsel below, via the Court's ECF System upon its being filed, this 4th day of February 2008.

>Herman M. Braude
>Michael A. Lewis
>BRAUDE & MARGULIES, P.C.
>1200 Potomac Street, N.W.
>Washington, D.C. 20007


>   /S/ Lawrence M. Prosen
>Lawrence M. Prosen