**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES f/u/b/o** ) | |
| **STRUCTURAL GROUP, INC. , *et al.,*** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **No. 1:07 CV 0923** |
| ) | **Judge Roberts** |
| **GRUNLEY CONSTRUCTION CO.,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**JOINT STATUS REPORT**

Plaintiff/Use-Plaintiff Structural Group, Inc. ("Structural") and Defendants

Grunley Construction Company, Inc. ("Grunley") and Continental Casualty Company

("Continental"), in response to the Court's February 7, 2008 Minute Order for the parties

to file a joint status report ("JSR") regarding this case on or before April 7, 2008, do

hereby so file and state as follows:

1.     This case has been stayed and statistically closed by the Court since July

6, 2007 as a result of (1) the parties needing to exhaust certain administrative remedies

associated with the prime contract between defendant Grunley Construction Company,

Inc. and the United States Government's Architect of the Capitol; and (2) the underlying

subcontract containing an arbitration provision.

2.     Since the February 4, 2008 JSR, the parties have met on several occasions

and resolved a number of the open disputes between them which arise out of this case.

One material item remains, which is the most complex of these various issues.  The

parties are in the midst of attempting to resolve that matter and determine what aspects of

that matter are the responsibility of defendants and what portion is the responsibility of

the project owner, the U.S. Architect of the Capitol ("AOC").  The parties hope to have this remaining issue resolved shortly.  Given the complex nature of trying to apportion responsibility and the fact that the subject project is on-going, this item has taken longer than the parties had hoped.

3.    To the extent aspects of this dispute are to be passed through to the AOC, the parties are finalizing those components and the previously mentioned apportionment. As represented in the last JSR, the parties expect to submit those claims to the AOC hopefully by the end of this month.  At that point, the parties must then exhaust their administrative remedies prior to further prosecuting these pass-through claims.  This exhaustion will likely take some time as it is dependent upon the AOC's action.

4.    Should the parties not be able to resolve the remaining disputes directly between them, a demand for arbitration has been prepared (subject to the parties effectuating those potions of the dispute which they have resolved) for filing with the American Arbitration Association.  As stated in the last JSR, arbitration would be initiated "on or about April 1, 2008", however, given the parties on-going cooperative nature, Plaintiff has refrained from such filing while settlement discussions continue.

5.    Towards that end, the Parties renew their request that this matter continue to be stayed and statistically closed for the present time and that the Court extend the time periods between requesting Joint Status Reports to a period of not less than ninety (90) days between such reports.

Dated: April 4, 2008                              Respectfully submitted,


By: /s/ Michael A. Lewis                   By: /s/ Lawrence M. Prosen
Herman M. Braude                           Lawrence M. Prosen
D.C. Bar No. 051326                        D.C. Bar No. 457703
Michael A. Lewis                           Andrew N. Cook
D.C. Bar No. 479906                        D.C. Bar No. 416199
BRAUDE & MARGULIES, P.C.                    BELL, BOYD & LLOYD LLP
1200  Potomac Street, N.W.                 1615 L Street, N.W., Suite 1200
Washington, D.C. 20007                     Washington, D.C. 20036
(202) 471-5400                             (202) 955-6830
(202) 471-5404                             (202) 835-4127 (fax)
Attorneys for Defendants                   Attorneys for Plaintiff/Use-Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

THE UNDERSIGNED HEREBY CERTIFIES that a copy of the foregoing Stipulation and proposed Order will be served upon Plaintiff's counsel below, via the Court's ECF System upon its being filed, this 4th day of April 2008.

> Herman M. Braude
> Michael A. Lewis
> BRAUDE & MARGULIES, P.C.
> 1200  Potomac Street, N.W.
> Washington, D.C. 20007


> _____/s/ Lawrence M. Prosen_____
> Lawrence M. Prosen