IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES f/u/b/o <br> STRUCTURAL GROUP, INC., *et al.*, <br> <br> Plaintiffs, <br> <br> v. <br> <br> GRUNLEY CONSTRUCTION CO., *et al.*, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:07 CV 0923 <br> ) Judge Roberts <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION, STIPULATION AND CONSENT ORDER OF DISMISSAL**
**WITH PREJUDICE**

Plaintiff/Use-Plaintiff Structural Group, Inc. ("Structural") and Defendants Grunley Construction Company, Inc. ("Grunley") and Continental Casualty Company ("Continental"), having resolved their direct disputes and having entered into a liquidation agreement dated July 10, 2008 to allow Grunley to pass-through and prosecute those disputes that Structural has against the Owner, the United States Government's Architect of the Capitol, and in accordance with Federal Rule of Civil Procedure 41(a)(2), do hereby stipulate to dismissal of the above-styled case and do hereby move this Court to enter this Consent Order dismissing this case with prejudice.

WHEREFORE, Plaintiff/Use-Plaintiff Structural Group, Inc. ("Structural") and Defendants Grunley Construction Company, Inc. ("Grunley") and Continental Casualty Company ("Continental"), do hereby move this Honorable Court to Dismiss the Case with prejudice.

113194/F/6

1

Dated: July 30, 2008                                     Respectfully submitted,

By: /s/ Michael A. Lewis                     By: /s/ Lawrence M. Prosen
Herman M. Braude                             Lawrence M. Prosen
D.C. Bar No. 051326                          D.C. Bar No. 457703
Michael A. Lewis                             Andrew N. Cook
D.C. Bar No. 479906                          D.C. Bar No. 416199
BRAUDE & MARGULIES, P.C.                     BELL, BOYD & LLOYD LLP
1200 Potomac Street, N.W.                    1615 L Street, N.W., Suite 1200
Washington, D.C. 20007                       Washington, D.C. 20036
(202) 471-5400                               (202) 955-6830
(202) 471-5404                               (202) 835-4127 (fax)
Attorneys for Defendants                     Attorneys for Plaintiff/Use-Plaintiff

**SO ORDERED THIS** 30th **DAY OF** July, 2008.

_____
Judge Richard W. Roberts
U.S. District Court for the District of Columbia

Copies to:

Lawrence M. Prosen
Bell, Boyd & Lloyd, LLP
1615 L Street, N.W.
Suite 1200
Washington, D.C. 20036

Herman M. Braude
Michael A. Lewis
BRAUDE & MARGULIES, P.C.
1200 Potomac Street, N.W.
Washington, D.C. 20007

## CERTIFICATE OF SERVICE

      THE UNDERSIGNED HEREBY CERTIFIES that a copy of the foregoing Stipulation of Dismissal will be served upon Plaintiff's counsel below, via the Court's ECF System upon its being filed, this 30th day of July 2008.

                              Herman M. Braude
                              Michael A. Lewis
                              BRAUDE & MARGULIES, P.C.
                              1200 Potomac Street, N.W.
                              Washington, D.C. 20007


                              _____/s/ Lawrence M. Prosen_____
                              Lawrence M. Prosen